UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY D. WRIGHT, SR.

        Plaintiff,

vs.

MGM DETROIT GRAND CASINO, et al.,

        Defendants.
_____/

Civil Action No.
11-CV-15105

HON. MARK A. GOLDSMITH

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Michael J. Hluchaniuk, entered on April 26, 2012. Dkt. 32. The Magistrate Judge recommends that the motion to dismiss of Defendant MGM Resorts International (Dkt. 13) be granted. Plaintiff has not filed objections to the R&R and the time to do so has expired. Thus, Plaintiff has waived any further right to appeal. Thomas v. Arn, 474 U.S. 140, 155 (1985). In any event, the Court has reviewed the R&R and finds that the Magistrate Judge has reached the correct result for the right reasons.

Accordingly, the Magistrate Judge's R&R (Dkt. 32) is accepted and adopted as the findings and conclusions of the Court.

SO ORDERED.

Dated: May 17, 2012
      Flint, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 17, 2012.

s/Deborah J. Goltz
DEBORAH J. GOLTZ
Case Manager